PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 10-4133

_____

HAN TAK LEE,

Appellant

v.

STEVE GLUNT, SUPERINTENDENT, SCI HOUTZDALE;
DISTRICT ATTORNEY OF MONROE COUNTY;
ATTORNEY GENERAL OF PENNSYLVANIA

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 4-08-cv-01972)
District Judge: Honorable Malcolm Muir

_____

ORDER AMENDING OPINION

As Pamela Wilk assisted in drafting the brief for appellant in this matter and has now entered her appearance, the motion to amend the opinion entered January 27, 2012 is hereby granted. The opinion is amended solely to include Ms. Wilk in the designation of attorneys for appellant as follows:

Peter Goldberger (Argued)
Pamela A. Wilk
Ardmore, PA 19003
        Attorneys for Appellant

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated:      May 11, 2012
SLC/cc:    Peter Goldberger
           Pamela A. Wilk
           Jeremy M. Bolles
           Charlotte H. Whitmore